UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                      )   Bankr. No. 10-40037
                                            )   Chapter 7
TERRESA VALOY LEESCH                        )
SSN/ITIN xxx-xx-8635                        )   ORDER GRANTING
                                            )   APPLICATION TO PAY
            Debtor.                         )   FILING FEE IN INSTALLMENTS

Upon consideration of Debtor's Application to Pay Filing Fee in Installments (doc. 5) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor's application is granted, and she shall, on or before February 16, 2010, pay in full the $289.00 balance due on her chapter 7 filing fee. Payment shall be in the form of a cashier's check or a money order and shall be mailed or delivered to:

> Bankruptcy Clerk
> U.S. Courthouse
> 400 South Phillips Avenue, Room 104
> Sioux Falls, South Dakota  57104-6851

So ordered: January 22, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

---

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**